JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055 / Fax: 702.388.6418
mina.chang@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00820-DJA |
| Plaintiff, | |
| v. | ORDER **TO CONTINUE TRIAL** **(Second Request)** |
| ANISETO VARGAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Aniseto Vargas, that the Trial Date currently scheduled for June 1, 2022 at 9:00 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than 180 days.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant Aniseto Vargas was informed that defendant Vargas suffered a serious medical illness and continues to be in ill health.

2. Given defendant's severe and ongoing health issues, defendant will be unable to appear in court for his trial as scheduled.

3. Defendant is not in custody and the parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow defendant to recover and to provide counsel sufficient time within which to be able to effectively prepare for trial.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

This is the second request for a continuance of the trial date.

DATED this 23rd day of May, 2022.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | /s/ Mina Chang<br>MINA CHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANISETO VARGAS,<br><br>Defendant. | Case No. 2:21-mj-00820-DJA<br><br>ORDER **TO CONTINUE TRIAL**<br>**(Second Request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Aniseto Vargas was informed that defendant Vargas suffered a serious medical illness and continues to be in ill health.

2. Given defendant's severe and ongoing health issues, defendant will be unable to appear in court for his trial as scheduled.

3. Defendant is not in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

6. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS THERFORE ORDERED that the trial date in *United States v. Aniseto Vargas*, 2:21-mj-00820-DJA, set for June 1, 2022 at 9 a.m., is hereby VACATED, and RESET for December 28, 2022, at 9:00 a.m., Courtroom 3A.

DATED this 25th day of May, 2022.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4