RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Aniseto Vargas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00820-DJA-1 |
| Plaintiff, | ORDER **TO CONTINUE BENCH TRIAL** (Second Request) |
| v. | |
| ANISETO VARGAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Aniseto Vargas, that the bench trial currently scheduled on March 8, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Upon information and belief, Mr. Vargas is deceased. Counsel for defense has been attempting to procure documentation to provide the government.

2.     The parties agree to the continuance.

1    This is the second request for a continuance of the bench trial.

2    DATED this 3rd day of March, 2023.

3

4    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney

5

6

     By */s/ Navid Afshar*                 By */s/ Imani Dixon*
7    NAVID AFSHAR                          IMANI DIXON
     Assistant Federal Public Defender     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

ANISETO VARGAS,

              Defendant.

Case No. 2:21-mj-00820-DJA-1

**ORDER**

     IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, March 8, 2023, at 9:00 a.m., be vacated and continued to May 17, 2023, at 9:00 a.m., Courtroom 3A.

     DATED this 6th day of March, 2023.

_____

DANIEL J. ALBREGTS
United States Magistrate Judge

3