JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6138
(702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-MJ-00820-DJA |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE BENCH TRIAL |
| ANISETO VARGAS, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Esquire, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for May 17, 2023, at the hour of 9:00 a.m., be vacated and continued for thirty (30) days or to a date time convenient to the Court.

This stipulation is entered into for the following reasons:

1. Counsel for the Government will be out of the district May 8, 2023 through May 19, 2023 and will not be available for the bench trial on May 17, 2023.

2. Defense counsel and the defendant do not object to this continuance.

1

3. Denial of this request for a bench trial continuance would prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the third request for continuance of the trial in this case.

DATED this 14th day of April, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Navid Afshar
NAVID AFSHAR, AFPD
Counsel for defendant
**ANISETO VARGAS**

/s/ Imani Dixon
IMANI L. DIXON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-MJ-00820-DJA |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| vs. | |
| ANISETO VARGAS, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for May 17, 2023, at the hour of 9:00 a.m., be vacated and continued for thirty (30) days or to a date time convenient to the Court.

DATED this 19th day of April, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3