# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ANISETO VARGAS,<br><br>Defendant | Case No. 2:21-mj-820-DJA<br><br><u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses without prejudice Criminal Complaint filed on September 30, 2021 against charging defendant, Aniseto Vargas. ORDERED bench trial set for 11/8/23 is VACATED.

DATED this <u>2nd</u> day of November, 2023.

JASON M. FRIERSON
United States Attorney

/s/ Imani Dixon

IMANI DIXON
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this <u>6th</u> day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1